DOA: 5-29-22

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 22MJ8366 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 8, U.S.C., Section 1326 <br> Deported Alien Found In the United States (Felony) |
| Armando RODRIGUEZ-Trinidad, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about May 29, 2022, within the Southern District of California, defendant, Armando RODRIGUEZ-Trinidad, an alien, who previously had been excluded, deported and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

_____
MANUEL VIZCARRA
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 31st day of May, 2022.

_____
HON. MITCHELL D. DEMBIN
U.S. MAGISTRATE JUDGE

2

UNITED STATES OF AMERICA
v.
Armando RODRIGUEZ-Trinidad

PROBABLE CAUSE STATEMENT

I, Border Patrol Agent Alexis S. Elenes, declare under penalty of perjury, the following is true and correct:

The complaint is based upon the investigative report of Border Patrol Agent (BPA) J. Leon that defendant, Armando RODRIGUEZ-Trinidad (RODRIGUEZ), was found in the United States and was arrested on May 29, 2022, near Westmorland, California.

On May 29, 2022, BPA J. Leon was conducting checkpoint operations duties at the highway 86 Border Patrol Checkpoint. This Checkpoint is approximately 33 miles north of the Calexico, California West Port of Entry. At approximately 4:30 p.m., a black Ford Excursion bearing California plates entered the primary inspection lane. BPA Leon identified himself as a United States Border Patrol agent and asked the driver identified as Armando RODRIGUEZ-Trinidad as to his country of citizenship. RODRIGUEZ stated that he was a United States citizen. RODRIGUEZ was acting very nervous while Agent Leon was questioning him.

At this time, BPA Leon noticed BPA K-9 G. Oliver and his K9 service dog Edy perform a non-intrusive sniff around the black Ford Excursion. Border Patrol Agent Gregory Oliver informed BPA Leon that his dog had alerted to the black Ford Excursion and to send the vehicle to secondary inspection for further investigation.

3

At secondary, BPA Oliver approached the vehicle and identified himself as a United States Border Patrol Agent and asked the driver of the vehicle, later identified as Armando RODRIGUEZ-Trinidad, for permission to search the entire vehicle as well as perform an interior and exterior canine sniff. BPA Oliver retrieved his service canine partner and performed a canine sniff of the vehicle. During the secondary inspection BPA P. Smith questioned RODRIGUEZ as to his Citizenship. BPA Smith noticed that RODRIGUEZ was noticeably nervous. BPA Smith asked RODRIGUEZ for his Identification. To which RODRIGUEZ replied he did not have any because he lost it. BPA Smith asked RODRIGUEZ what his citizenship was, to which RODRIGUEZ replied, "United States". RODRIGUEZ was then taken inside the checkpoint and was fingerprinted to confirm his citizenship. The E3/IDENT and IAFIS Systems revealed that RODRIGUEZ was a citizen of Mexico and had been previously removed from the United States. The subject was then placed under arrest for being illegally in the U.S.

Record checks revealed RODRIGUEZ is a Mexican national, who was ordered removed from the United States by an Immigration Judge on January 15, 2002. RODRIGUEZ was last removed from the United States to Mexico on June 2, 2017, through Calexico, California.

RODRIGUEZ was read his Miranda Rights. RODRIGUEZ stated he understood his rights and was willing to answer questions without the presence of an attorney. RODRIGUEZ stated he is a citizen of Mexico. RODRIGUEZ stated he did not possess any documentation allowing him to enter, work, and or reside in the United

States legally. When asked, RODRIGUEZ admitted to having been deported before. When asked, RODRIGUEZ admitted to illegally entering the United States by entering near San Ysidro, California. When asked, RODRIGUEZ stated he intended to travel to Azusa, California.

Record checks revealed there is no evidence showing RODRIGUEZ has applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after being previously removed.

Executed on May 30, 2022, at 3:30 p.m.

*Alexis S. Elenes*

Alexis S. Elenes
Border Patrol Agent

On the basis of the facts presented in the Probable Cause Statement consisting of 2 pages, I find probable cause to believe that the defendant named in this Probable Cause Statement committed the offense on May 30, 2022, in violation of Title 8, United States Code 1326.

Hon. Karen S. Crawford
United States Magistrate Judge

10:12 AM, May 30, 2022

Date/Time